UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WISCONSIN

---

In Re:

    ARTHUR DALE SCHOOLEY              Case No. 13-20492-PP

    SHERRY A. SCHOOLEY,               Chapter 13

                    Debtors.

---

MOTION --- EXTEND TIME WITHIN WHICH TO FILE CASE DOCUMENTS

---

    The named Debtors, by counsel, motion that they be allowed extra time to file the remaining case materials as respects this matter. Counsel's productivity has been constrained by recuperation. All necessary documents referenced above have been completed, and the remaining step is to confer with the Debtors on their acceptability, obtain their signatures and hand them in to the Court.

    Dated: 30th January 2013.

                                          WILLIAM F. MROSS, LTD.

                        By: _____
                              William F. Mross, Debtor Counsel
                              P.O. Box 21, Racine, WI 53401
                              262/637-7287 - Telephone
                              262/637-2169 - Telecopier