UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: Arthur Schooley and            Case No. 13-20492-pp
       Sherry Ann Schooley,                 (Chapter 13)

           Debtors.

### *EX PARTE* MOTION BY THE UNITED STATES TRUSTEE
### FOR EXAMINATION PURSUANT TO RULE 2004

The United States Trustee, by Attorney Amy J. Ginsberg, moves, pursuant to Fed. R. Bankr. P. 2004, for an order to examine Debtors Arthur and Sherry Schooley. In support of this motion, the United States Trustee asserts as follows:

1. This motion is being made on an *ex parte* basis, which is permissible. *See* 1993 Advisory Committee Note to Fed. R. Bankr. P. 2004.

2. Debtors Arthur and Sherry Schooley commenced this Chapter 13 case on January 16, 2013, with the filing of a voluntary petition under the Bankruptcy Code. Attorney William F. Mross represents the Debtors.

3. Attorney Mross agreed that Debtors Arthur and Sherry Schooley would appear for a Fed.R.Bankr.P. 2004 exam on May 2, 2013. They failed to appear.

Attorney Amy J. Ginsberg
517 East Wisconsin Avenue, Room 430
Milwaukee, WI 53202
414-297-4499 (phone)
414-297-4478 (fax)

4. The United States Trustee requests an order directing **Debtors Arthur and Sherry Schooley** to a**ppear for examination** pursuant to Fed. R.Bankr. P. 2004 at the Office of the United States Trustee, 517 East Wisconsin Avenue, Room 430, Milwaukee, WI 53202, **on May 30, 2013, at 10:15 a.m.,** or at another mutually agreed-upon time and date.

The United States Trustee does not intend to file a brief in connection with this pleading, but reserves the right to file a responsive brief or pleading if necessary.

Dated: May 6, 2013.

        PATRICK S. LAYNG
        United States Trustee


          /s/
        AMY J. GINSBERG
        Attorney for the United States Trustee